**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:   Benjamin "B.J." Reynolds, Mark Mewshaw and Wes Hobbs and Terra Energy Partners LLC v. Sanchez Oil & Gas Corporation, Sanchez Energy Corporation, and Sanchez Production Partners LP

Appellate case number:   01-18-00940-CV

Trial court case number:   2016-18909

Trial court:   11th District Court of Harris County

On September 24, 2019, this appeal was stayed pursuant to a suggestion of bankruptcy that appellants, Benjamin "B.J." Reynolds, Mark Mewshaw, and Wes Hobbs, filed in this Court on September 12, 2019, stating that appellee, Sanchez Energy Corporation filed a chapter 11 petition for relief in the United States Bankruptcy Court for the Southern District of Texas.  *See* 11 U.S.C. § 362(a) (automatic stay in bankruptcy).  On March 18, 2020, appellees Sanchez Oil & Gas Corporation, Sanchez Energy Corporation, and Sanchez Production Partners LP filed a "Motion to Reinstate Appeal," advising this Court that the bankruptcy court has signed a "Stipulation and Agreed Order Resolving the Debtors' Motion to Proceed in the State Court Action and Interlocutory Appeal, or in the Alternative, Motion to Lift the Automatic Stay."  Pursuant to that order, the bankruptcy court "terminated" the automatic stay, permitting the appeal to proceed "subject to the terms" of the bankruptcy court's order.  *See* TEX. R. APP. P. 8.3(a).

Accordingly, we **grant** appellees' motion and reinstate the case on the Court's active docket. The case will be reset for submission on the next available date.

It is so ORDERED.

Judge's signature:   _____/s/ Evelyn V. Keyes_____
               ☑ Acting individually    ☐ Acting for the Court

Date:   ___March 31, 2020_____